**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW NOEL, and WAYNE JOHNSON,

    Defendants.

**Case No. Cr07-5656**

**ORDER DENYING DEFENDANT NOEL'S MOTION TO DISMISS FOR LACK OF JURISDICTION**

This matter comes before the court on Defendant Noel's Motion to Dismiss for Lack of Jurisdiction. The court has considered all materials submitted in support of and in response to said motion as well as the files and records herein.

Defendant Noel's Motion to Dismiss for Lack of Jurisdiction is premised on the grounds that the "alleged offenses occurred within the Makah Indian Reservation and are thus within the exclusive jurisdiction of the Makah Tribe."

The Government responds alleging that (1) the statute charged in the Indictment, the Marine Mammal Protection Act (MMPA), is one of general application, applicable throughout the United States, both on and off of the reservations; (2) the Indictment's allegations are sufficient to charge the defendants with the offenses at issue; and (3) the motion raises factual questions not appropriate for resolution by a pre-trial motion.

Order - 1

For purposes of this motion the court assumes the facts alleged by the plaintiff to be accurate: (a) that defendant and others hunted a gray whale encountered in Neah Bay without a permit; (b) defendant struck the whale with one or more harpoons and shot it with a high caliber weapon within the area of the Makah Reservation where the discharge of firearms is prohibited; and (c) that thereafter the whale towed the defendant out into open waters outside the Makah Reservation.  Defendant alleges that when a reservation is bounded by tidelands and waters, the reservation boundary is the "extreme low tide mark," meaning the furthest area out into the sea which is ever uncovered by water, regardless of whether it is normally submerged by tides. Addressing the government's responses to defendant Noel's jurisdictional challenge in the order set forth, the court finds and concludes as follows:

    1. **The MMPA .** The legislation subject of the alleged violations in this matter is the Marine Mammal Protection Act,  16 U.S.C. 136 1361 et seq.  It is a statute designed to be applied nationwide, United States v. Begay, 42 F.3d 486 (9th Cir. 1994). The statute applies to the defendants and the Makah reservation. Defendant cites by way of authority the Makah Treaty and it's provision conferring whale hunting rights on the Makah reservation. Defendant acknowledges that the Treaty does not confer "exclusive" hunting rights, but contends they are implied and have been recognized by the court in United States v. Washington, 520 F.2d 676 (9th Cir.1975), *cert. denied*, 426 U.S. 1083 (1986). "Exclusivity" is not the issue in this case.  Assuming the rights were exclusive does not trump defendant's obligation to secure a permit.  The Ninth Circuit Court of Appeals has already ruled that the Marine Mammal Protection Act (MMPA) applies to the whaling rights of the Makah. Anderson v.Evans, 371 F.2d.475.  Therein the court stated:

> . . . in holding that the MMPA applies to the Tribe, we need not and do not decide whether the Tribe's whaling rights have been abrogated by the MMPA.  We simply hold that the Tribe, to pursue any treaty rights for whaling, must comply with the process prescribed in the MMPA for authorizing a 'take' because it is the procedure that ensures the Tribe's whaling will not frustrate the conservation goals of the MMPA.

    2. **Sufficiency of Indictment.**  The allegations in the Indictment do, as alleged by the government, if true, confer jurisdiction over the defendants.

    3. **Makah Reservation Boundary.**  To the extent the boundary is relevant to the specific charges in this case, defendant has not made a case that it defeats the jurisdiction of

Order - 2

the United States to enforce the provisions of the Marine Mammal Protection Act.

**<u>Defendant Noel's Motion to Dismiss for Lack of Jurisdiction is denied</u>**.

Dated this 2nd day of April, 2008.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

Order - 3